## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

UNITED STATES OF AMERICA       CRIMINAL NO. 6:19-CR-278

VERSUS       JUDGE DRELL

RANDY GUAJARDO       MAG. JUDGE WHITEHURST

**REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA
BEFORE THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant on October 11, 2019. Defendant was present with his counsel, Lester Gauthier, Jr..

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his guilty plea to Count 7 of the Indictment is knowing and voluntary, and that his guilty plea is fully supported by a factual basis for each of the essential elements of the offense.

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court ACCEPT the guilty plea of the defendant, Randy Guajardo, in

accordance with the terms of the plea agreement filed in the record of these proceedings, and that Randy Guajardo be finally adjudged guilty of the offense charged in Count 7 of the Indictment.

The defendant has waived his right to file an objection to the Report and Recommendation.

THUS DONE AND SIGNED in chambers at Lafayette, Louisiana this 24th day of October, 2019.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE