**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**RECEIVED**

OCT 2 5 2019

TONY R. MOORE, CLERK
BY: _____ m3
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:19-CR-278 |
| VERSUS | JUDGE DRELL |
| RANDY GUAJARDO | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, RANDY GUAJARDO, is ACCEPTED and he is finally adjudged guilty of the offense charged in Count 7 of the Indictment consistent with the report and recommendation.

Alexandria, Louisiana, this 24 day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE